```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

**FILED**

JUN 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:11CR0252 JAM |
| Plaintiff, ) | |
| ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| ) | |
| STEVEN NAVARRO ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of the Court.

DATED: June 16, 2011

_____
HONORABLE KENDALL J. NEWMAN
U.S. Magistrate Judge