1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )   D.C. NO. 2-11-CR-252 JAM
                                     )
13       v.                          )   APPLICATION AND ORDER
                                     )   FOR UNSEALING INDICTMENT
14  STEVEN NAVARRO,                  )
                                     )
15              Defendant.           )
    ─────────────────────────────────)

16

17       On June 16, 2011, the indictment was filed in the above-

18  referenced case.  Since the defendant has now been arrested, it is

19  no longer necessary for the indictment to be sealed.  The government

20  respectfully requests that the indictment be unsealed.

21  DATED: June 24, 2011            BENJAMIN B. WAGNER
                                    United States Attorney
22

23                                  By:/s/ Daniel S. McConkie_
                                       DANIEL S. McCONKIE
24                                     Assistant U.S. Attorney

25                                  ORDER
    SO ORDERED:
26
    DATED: June 24, 2011
27

28                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE