1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  STEVEN NAVARRO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   NO. CR-S-11-252 JAM
                                      )
12 |          Plaintiff,               )
                                      )   **STIPULATION AND ORDER TO CONTINUE**
13 |    v.                             )   **STATUS CONFERENCE  AND TO EXCLUDE**
                                      )   **TIME**
14 |                                   )
   | STEVEN NAVARRO,                   )   Date:  September 27, 2011
15 |                                   )   Time:  9:30 a.m.
   |          Defendant.               )   Judge:  John A. Mendez
16 | _____ )

17         It is hereby stipulated and agreed to by and between the United States of America, through Daniel

18  McConkie, Assistant U.S. Attorney, and defendant, STEVEN NAVARRO, by and through his counsel,

19  Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Tuesday, August

20  23, 2011, be vacated and a new status conference hearing date of Tuesday, September 27, 2011, at 9:30 a.m.,

21  be set.

22         The reason for this continuance is for the defendant to consider a revised plea agreement, go over

23  additional discovery, and explore the possibility of retaining private counsel.

24         It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

25  date of the signing of this order through and including September 27, 2011, pursuant to 18 U.S.C.

26  / / /

27  / / /

28  / / /

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: August 19, 2011

> Respectfully submitted,
>
> DANIEL J. BRODERICK
> Federal Defender
>
> /s/ Matthew C. Bockmon
> MATTHEW C. BOCKMON
> Assistant Federal Defender
> Attorney for Defendant
> STEVEN NAVARRO

Dated: August 19, 2011

> BENJAMIN B. WAGNER
> United States Attorney
>
> /s/ Matthew C. Bockmon for
> DANIEL McCONKIE
> Assistant U.S. Attorney
> Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 19, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Tuesday, August 23, 2011, be vacated and that the case be set for **Tuesday, September 27, 2011, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 19, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including September 27, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: August 19, 2011

> /s/ John A. Mendez
> JOHN A. MENDEZ
> United States District Judge