1  John E. Virga, Esq.  (State Bar # 39451)
   **JOHN E. VIRGA, INC**.
2  A Professional Corporation
   721 Eleventh Street
3  Sacramento, CA  95814
   Telephone:  (916) 444-6595
4  Facsimile:    (916) 444-3318

5  Attorney for Defendant
   Steven Navarro

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.  2:11- cr-252 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| vs. | |
| STEVEN NAVARRO | Court:  Hon. John A. Mendez |
| | Time:   9:30 a.m. |
| Defendant. | Date:   November 1, 2011 |

IT IS HEREBY STIPULATED and agreed by and between the United States of America, through Daniel McConkie, Assistant U.S. Attorney, and defendant Steven Navarro by and through his recently retained counsel John E. Virga, Esq., that the status conference hearing date of Tuesday, September 27, 2011, at 9:30 a.m., be vacated and a new status conference hearing date of Tuesday, November 1, 2011, at 9:30 a.m., be set.

The reason for this continuance is for the defendant Navarro's new attorney, John Virga, to review the discovery that was just recently obtained from the federal defender's office.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including November 1, 2011, pursuant to 18 U.S.C., section 3161 (h)(7)(B)(iv) [reasonable time to prepare] and

///

Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and defendant to a speedy trial.

Dated: September 23, 2011           Respectfully submitted,

/s/ John E. Virga
_____
JOHN E. VIRGA
Attorney for Defendant
STEVEN NAVARRO

Dated: September 23, 2011           BENJAMIN B. WAGNER
United States Attorney

/s/ John E. Virga for
_____
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**IT IS HEREBY ORDERED:**

Based on the reasons set forth in the stipulation of the parties filed on September 23, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS FURTHER ORDERED that the status conference hearing currently scheduled for Tuesday, September 27, 2011, at 9:30 a.m., be vacated and that the case be set for **Tuesday, November 1, 2011, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 23, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 1, 2011, pursuant to 18 U.S.C., section 3161 (h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: September 23, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge