John E. Virga, Esq.  (State Bar # 39451)
**JOHN E. VIRGA, INC**.
A Professional Corporation
721 Eleventh Street
Sacramento, CA  95814
Telephone:  (916) 444-6595
Facsimile:   (916) 444-3318

Attorney for Defendant
**STEVEN NAVARRO**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  2:11- cr-252 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| vs. | |
| STEVEN NAVARRO | Court:    Hon. John A. Mendez<br>Time:    9:30 a.m. |
| Defendant. | Date:    **January 17, 2012** |

IT IS HEREBY STIPULATED and agreed  by and between the United States of America, through Daniel McConkie, Assistant U.S. Attorney,  and defendant Steven Navarro by and through his counsel John E. Virga, Esq., that the status conference hearing date of Tuesday, November 1, 2011, at 9:30 a.m., be vacated and a new status conference hearing date of Tuesday, January 17, 2012, at 9:30 a.m., be set.

The reason for this continuance is defense counsel John Virga, substituted in for the Public Defender on  September 27, 2011.   There is extensive discovery being reviewed and legal issues are being explored.   I am also working toward a resolution of the case with Assistant U.S. Attorney  Daniel McConkie.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including January 17, 2012, pursuant to 18 U.S.C., section 3161 (h)(7)(B)(iv) [reasonable time to prepare] and

1  Local Code T4, and that the ends of justice to be served by granting the continuance
2  outweigh the best interest of the public and defendant to a speedy trial.
3  Dated: October 28, 2011                    Respectfully submitted,
4
5                                             /s/John E. Virga
                                              JOHN E. VIRGA
                                              Attorney for Defendant
6                                             STEVEN NAVARRO

7  Dated:  October 28, 2011                   BENJAMIN B. WAGNER
                                              United States Attorney
8
9                                             /s/Daniel McConkie
                                              DANIEL McCONKIE
10                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY ORDERED**

Based on the reasons set forth in the stipulation of the parties filed on October 28, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS FURTHER ORDERED that the status conference hearing currently scheduled for Tuesday, November 1, 2011, at 9:30 a.m., be vacated and that the case be set for **Tuesday, January 17, 2012, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 28, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including January 17, 2012, pursuant to 18 U.S.C., section 3161 (h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: October 28, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge